Michael S. Doran, Esq.
Law Office of Michael S. Doran, LLC
802 South Avenue West
Westfield, New Jersey 07090
Tel. (973) 232-5165
Fax (973) 618-5567
michael@doranlawgroup.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN A. O'SHEA,<br><br>                Plaintiff,<br><br>   vs.<br><br>TOWNSHIP OF HILLSIDE, DAHLIA O. VERTREESE, HOPE SMITH, JOHN DOES 1-3 and JANE DOES 1-3,<br><br>                Defendants. | **CIVIL ACTION NO.: 2:20-cv-07027**<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court on motion brought by Plaintiff, John A. O'Shea, seeking default judgment against all named Defendants who are in default, and this Court having considered all arguments and submissions proffered by the parties in respect of this Motion, and for good cause having been shown, it is

**ON THIS** __1st____ day of __March_____, 2021, hereby:

**ORDERED** that Plaintiff's Motion for Default Judgment is hereby **GRANTED**. Default Judgment is entered against Defendants Township of Hillside, Dahlia O. Vertreese, and Hope Smith on the claims brought against them in the Complaint; and it is further

**ORDERED** that a hearing as to damages is scheduled on **April 5, 2021 at 12:00 noon via Zoom videoconference before the Hon. Susan D. Wigenton. Plaintiff's counsel is directed to notify counsel for defendants of the date and time of the hearing. The Zoom link will be provided to counsel prior to the hearing.**

      *s/Susan D. Wigenton*
      _____
      Hon. Susan D. Wigenton, U.S.D.J.